HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
KAO XIONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>KAO XIONG,<br><br>    Defendant. | Case No. 2:17-MJ-00216 DB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING AND EXCLUDING TIME**<br><br>Date:   April 18, 2018<br>Time:   9:00 a.m.<br>Judge:  Hon. Kendall J. Newman |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Kao Xiong, that the preliminary hearing scheduled for April 18, 2018, may be continued to May 16, 2018, at 2:00 p.m.

Mr. Xiong first appeared on the complaint on December 22, 2017.  At the time, with Mr. Xiong's consent, the parties opted to consider resolving the case without an indictment and agreed to continue the preliminary examination for that reason.  The outcome of that proposal depends on the results of defense

-1-

1 investigation and a mental status exam that are still underway.
2 Accordingly, the parties continue to agree that the ongoing
3 investigation and exam constitute good cause to extend the time
4 limits set forth in Federal Rule of Criminal Procedure 5.1,
5 taking into consideration the public interest in the prompt
6 disposition of criminal cases, which the parties believe will be
7 promoted by extending the time. The parties further ask that
8 the Court enter an order excluding time under the Speedy Trial
9 Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4)
10 to afford both parties reasonable time to investigate and
11 prepare.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: April 13, 2018   /s/ T. Zindel_____
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for KAO XIONG


McGREGOR SCOTT
United States Attorney

Dated: April 13, 2018   /s/ T. Zindel for J. Thomas
JILL THOMAS
Assistant U.S. Attorney


/////
/////
/////
/////
/////
/////

-2-

**O R D E R**

The Court, finding good cause based on the reasons set forth above, continues the preliminary hearing to May 16, 2018, at 2:00 p.m. Also for the reasons stated by the parties, the Court orders time under the Speedy Trial Act excluded through May 16, 2018, at 2:00 PM before Magistrate Judge Allison Claire pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: April 13, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE