HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
KAO XIONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:17-MJ-0216 DB |
| Plaintiff, | ) |
| vs. | ) **RELEASE ORDER (proposed)** |
| KAO XIONG, | ) |
| Defendant. | ) Judge: Hon. Carolyn K. Delaney |

    The U.S. Marshals are hereby ordered to release Kao Xiong prior to 9:00 a.m. on Wednesday, May 23, 2018. Defendant shall report to the Pretrial Services office at 9:00 a.m.

    IT IS SO ORDERED.

Dated: May 22, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE