1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org

6  Attorney for Defendant
   KAO XIONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-MJ-00216 DB |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER (**~~PROPOSED~~**)** |
|  | ) **EXTENDING TIME FOR PRELIMINARY** |
|  | ) **HEARING AND EXCLUDING TIME** |
| KAO XIONG, | ) |
| Defendant. | ) Date:  June 21, 2018 |
|  | ) Time:  9:00 a.m. |
|  | ) Judge: Hon. Edmund F. Brennan |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Kao Xiong, that the preliminary hearing scheduled for June 21, 2018, may be continued to August 15, 2018, at 2:00 p.m.

Mr. Xiong first appeared on the complaint on December 22, 2017. At the time, with Mr. Xiong's consent, the parties opted to consider resolving the case without an indictment and agreed to continue the preliminary examination for that reason. The parties continue to agree that ongoing investigation constitutes good cause to extend the time limits set forth in Federal Rule of Criminal Procedure 5.1, taking into consideration the public

-1-

interest in the prompt disposition of criminal cases, which the parties believe will be promoted by extending the time. The parties further ask the Court to enter an order excluding time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), to afford both parties reasonable time to investigate and prepare.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 13, 2018 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for KAO XIONG

McGREGOR SCOTT
United States Attorney

Dated: June 13, 2018 /s/ T. Zindel for J. Thomas
JILL THOMAS
Assistant U.S. Attorney

**O R D E R**

The Court finds good cause in the reasons set forth above to continue the preliminary hearing to August 15, 2018, at 2:00 p.m. Also for the reasons stated by the parties, the Court orders time under the Speedy Trial Act excluded through August 15, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: June 14, 2018

HON. EDMUND F. BRENNAN
United States Magistrate Judge