HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
KAO XIONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-MJ-00216 DB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING AND EXCLUDING TIME** |
| KAO XIONG, | |
| Defendant. | Date: August 15, 2018<br>Time: 2:00 p.m.<br>Judge: Hon. Deborah Barnes |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Kao Xiong, that the preliminary hearing scheduled for August 15, 2018, may be continued to October 3, 2018, at 2:00 p.m.

Mr. Xiong first appeared on the complaint on December 22, 2017. At the time, with Mr. Xiong's consent, the parties opted to consider resolving the case without an indictment and agreed to continue the preliminary examination for that reason. The parties continue to agree that ongoing investigation constitutes good cause to extend the time limits set forth in Federal Rule of Criminal Procedure 5.1, taking into consideration the public

-1-

interest in the prompt disposition of criminal cases, which the parties believe will be promoted by extending the time. The parties further ask the Court to enter an order excluding time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), to afford both parties reasonable time to investigate and prepare.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: August 2, 2018        /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for KAO XIONG


                             McGREGOR SCOTT
                             United States Attorney

Dated: August 2, 2018        /s/ T. Zindel for S. Weger
                             SHELLEY WEGER
                             Assistant U.S. Attorney


**O R D E R**

The Court finds good cause in the reasons set forth above to continue the preliminary hearing to October 3, 2018, at 2:00 p.m. Also for the reasons stated by the parties, the Court orders time under the Speedy Trial Act excluded through October 3, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: August 6, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE