```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  TIMOTHY ZINDEL, #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, CA  95814
 4  Tel: 916-498-5700/Fax 916-498-5710
    timothy_zindel@fd.org
 5

 6  Attorney for Defendant
    KAO XIONG
 7

 8                IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) Case No. 2:17-MJ-00216 DB
                                 )
12       Plaintiff,              )
                                 ) **STIPULATION AND ORDER (**~~PROPOSED~~**)**
13       v.                      ) **EXTENDING TIME FOR PRELIMINARY**
                                 ) **HEARING AND EXCLUDING TIME**
14  KAO XIONG,                   )
                                 )
15       Defendant.              ) Date:  October 3, 2018
                                 ) Time:  2:00 p.m.
16                               ) Judge: Hon. Allison Claire

17  _____

18       It is hereby stipulated and agreed between plaintiff,

19  United States of America, and defendant, Kao Xiong, that the

20  preliminary hearing scheduled for October 3, 2018, may be

21  continued to December 5, 2018, at 2:00 p.m.

22       Mr. Xiong first appeared on the complaint on December 22,

23  2017.  At the time, with Mr. Xiong's consent, the parties opted

24  to consider resolving the case without an indictment and agreed

25  to continue the preliminary examination for that reason.  On May

26  16, 2018, the Court ordered Mr. Xiong released to live with his

27  family in Minnesota.  His family continues to monitor his

28  progress while the defense continues to evaluate Mr. Xiong's
```

-1-

mental health.  The defense requests additional time to conduct additional investigation and meet with Mr. Xiong.  The parties continue to agree that the ongoing investigation constitutes good cause to extend the time limits set forth in Federal Rule of Criminal Procedure 5.1, taking into consideration the public interest in the prompt disposition of criminal cases, which the parties believe will be promoted by extending the time.  The parties further ask the Court to enter an order excluding time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), to afford both parties reasonable time to investigate and prepare.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:   September 26, 2018     /s/ T. Zindel_____
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for KAO XIONG


                                McGREGOR SCOTT
                                United States Attorney

Dated:   September 26, 2018     /s/ T. Zindel for S. Weger
                                SHELLEY WEGER
                                Assistant U.S. Attorney


/////

/////

/////

/////

/////

/////

-2-

**O R D E R**

The Court finds good cause in the reasons set forth above to continue the preliminary hearing to December 5, 2018, at 2:00 p.m. Also for the reasons stated by the parties, the Court orders time under the Speedy Trial Act excluded from October 3, 2018, through December 5, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: September 26, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE